464 A.2d 526

Commonwealth v. Butler, Appellant.

Petition for Allowance of Appeal
Denied Nov. 16, 1983.

Submitted April 14, 1983. Norris E. Gelman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.

464 A.2d 527

Commonwealth v. Campbell, Appellant.

Submitted February 24, 1982. Michael Alan Klimpl, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence upon the charge of prohibited offensive weapon is reversed and that charge is dismissed. The judgment of sentence of the distinguished Judge Arthur B. Walsh is in all other respects affirmed.